No. 24-3060

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| CALEB BARNETT, BRIAN NORMAN, HOOD'S GUNS & MORE, PRO GUN AND INDOOR RANGE, and NATIONAL SHOOTING SPORTS FOUNDATION, INC., | ) ) ) ) ) ) ) | Appeal from the United States District Court for the Southern District of Illinois |
| Plaintiffs-Appellees, | ) ) | |
| v. | ) ) | No. 3:23-cv-00209-SPM |
| KWAME RAOUL, Attorney General of the State of Illinois, and BRENDAN F. KELLY, Director of the Illinois State Police, | ) ) ) ) ) ) | The Honorable STEPHEN P. McGLYNN, |
| Defendants-Appellants. | ) | Judge Presiding. |

## NOTICE OF APPEARANCE

Kwame Raoul, Attorney General of the State of Illinois, enters the appearance of Deputy Solicitor General Alex Hemmer as counsel for defendants-appellants in the above-captioned matter. Assistant Attorney General Megan L. Brown will continue to represent defendants-appellants on appeal.

Dated:  November 15, 2024

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By:  /s/ Alex Hemmer
ALEX HEMMER
Deputy Solicitor General

115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-5526 (office)
(773) 590-7932 (cell)
alex.hemmer@ilag.gov

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on November 15, 2024, I electronically filed this notice of appearance with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

All participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ Alex Hemmer
ALEX HEMMER
