# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 19, 2024

*By the Court:*

|  | CALEB BARNETT, et al., |
|---|---|
|  | Plaintiffs - Appellees |
| Nos. 24-3060, 24-3061, 24-3062, & 24-3063 | v. |
|  | KWAME RAOUL, et al., |
|  | Defendants - Appellants |
| **Originating Case Information:** ||
| District Court Nos: 3:23-cv-00209-SPM, 3:23-cv-00141-SPM, 3:23-cv-00192-SPM, & 3:23-cv-00215-SPM Southern District of Illinois District Judge Stephen P. McGlynn ||

Upon consideration of the **MOTION TO STAY INJUNCTION PENDING APPEAL**, filed on November 15, 2024, by counsel for the appellants,

**IT IS ORDERED** that appellees shall file a response to the motion by November 27, 2024.

form name: **c7_Order_BTC**     (form ID: **178**)