Nos. 24-3060, 24-3061, 24-3062, 24-3063 (consol.)

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| CALEB BARNETT, BRIAN NORMAN, HOOD'S GUNS & MORE, PRO GUN AND INDOOR RANGE, and NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> KWAME RAOUL, Attorney General of the State of Illinois, and BRENDAN F. KELLY, Director of the Illinois State Police, <br><br> Defendants-Appellants. | Appeal from the United States District Court for the Southern District of Illinois <br><br><br> No. 3:23-cv-00209-SPM <br><br><br><br> The Honorable STEPHEN P. McGLYNN, Judge Presiding.[1] |

## SUBSTITUTE APPEARANCE

Kwame Raoul, Attorney General of the State of Illinois, enters the substitute appearance of Deputy Solicitor General Sarah A. Hunger, as counsel for Defendants-Appellants Illinois Attorney General Kwame Raoul, Illinois State Police Director Brendan F. Kelly, and Illinois Governor JB Pritzker, in the above-captioned matter, replacing Deputy Solicitor General Alex Hemmer.

---

[1] Together with *Harrel v. Raoul*, No. 24-3061; *Langley v. Kelly*, No. 24-3062; and *Federal Firearms Licensees of Illinois v. Pritzker (FFL)*, No. 24-3063.

1

Dated: May 6, 2025

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By: /s/ Sarah A. Hunger
SARAH A. HUNGER
Deputy Solicitor General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-5202
Sarah.Hunger@ilag.gov

# CERTIFICATE OF FILING AND SERVICE

I certify that on May 6, 2025, I electronically filed this Substitute Appearance with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system. All other participants in this case are CM/ECF users and will be served by that system.

/s/ Sarah A. Hunger  
SARAH A. HUNGER