

# OFFICE OF THE ATTORNEY GENERAL
# STATE OF ILLINOIS

Kwame Raoul
ATTORNEY GENERAL

June 9, 2025

Christopher G. Conway
Clerk of the Court
United States Court of Appeals
For the Seventh Circuit
219 South Dearborn Street
27th Floor
Chicago, Illinois 60604

    Re:     Oral Argument in *Barnett v. Raoul*, No. 24-3060; *Harrel v. Raoul*, No. 24-3061; *Langley v. Kelly*, No. 24-3062; *Federal Firearms Licensees of Illinois v. Pritzker*, No. 24-3063

Dear Mr. Conway:

     I presented oral argument for the state defendants in *Bevis v. City of Naperville*, 85 F.4th 1175 (7th Cir. 2023), and I am assigned to present argument for the defendants in the above-referenced consolidated appeals. I am requesting that oral argument not be scheduled on September 3-18, 2025, for medical reasons. Specifically, my 10-month-old child will be undergoing a surgical procedure on August 12, 2025. The anticipated recovery period is up to 4 weeks, and I will be the primary childcare provider during that time.

     Very best regards,

     /s/ Sarah A. Hunger
     **SARAH A. HUNGER**
     Deputy Solicitor General
     115 South LaSalle Street
     Chicago, Illinois 60603
     (312) 814-5202 (office)
     (312) 771-3885 (cell)
     Sarah.Hunger@ilag.gov

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on June 9, 2025, I electronically filed the foregoing Letter Regarding Oral Argument with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>/s/ Sarah A. Hunger</u>
**SARAH A. HUNGER**
Deputy Solicitor General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-5202 (office)
(312) 771-3885 (cell)
Sarah.Hunger@ilag.gov