# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen  
United States Courthouse  
Room 2722 - 219 S. Dearborn Street  
Chicago, Illinois 60604

Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov

**ORDER**

June 20, 2025

*By the Court:*

| | |
|---|---|
| Nos. 24-3060, 24-3061, 24-3062, & 24-3063 | CALEB BARNETT, et al.,<br>    Plaintiffs - Appellees<br><br>v.<br><br>KWAME RAOUL, et al.,<br>    Defendants - Appellants |
| **Originating Case Information:** | |
| District Court Nos: 3:23-cv-00209-SPM, 3:23-cv-00141-SPM, 3:23-cv-00192-SPM, & 3:23-cv-00215-SPM<br>Southern District of Illinois<br>District Judge Stephen P. McGlynn | |

Upon consideration of the **STATE DEFENDANTS-APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE BRIEF**, filed on June 19, 2025, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED**. The appellants' reply brief, if any, is due by July 28, 2025.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. *See* Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)