# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 18, 2025

*By the Court:*

| | |
|---|---|
| Nos. 24-3060, 24-3061, 24-3062, & 24-3063 | CALEB BARNETT, et al., <br>　　　Plaintiffs - Appellees <br><br> v. <br><br> KWAME RAOUL, et al., <br>　　　Defendants - Appellants |
| **Originating Case Information:** | |
| District Court Nos: 3:23-cv-00209-SPM, 3:23-cv-00141-SPM, 3:23-cv-00192-SPM, & 3:23-cv-00215-SPM <br> Southern District of Illinois <br> District Judge Stephen P. McGlynn | |

Upon consideration of the **STATE DEFENDANTS-APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE BREIF**, filed on July 17, 2025, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED**. Appellants' reply brief, if any, is due by August 14, 2025. No further extensions will be granted.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**　(form ID: **178**)