

OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

KWAME RAOUL
ATTORNEY GENERAL

August 29, 2025

**VIA CM/ECF**
Mr. Christopher G. Conway
Clerk of the Court
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Room 2722
Chicago, Illinois 60604

    Re:  *Barnett v. Raoul*, Nos. 24-3060, 24-3061, 24-3062, 24-3063 (consol.)

Dear Mr. Conway,

    Appellees cite *United States v. Bridges*, No. 24-5874, 2025 WL 2250109 (6th Cir. Aug. 7, 2025), as supplemental authority, arguing that it created a circuit "split" warranting reconsideration of this court's methodology in *Bevis v. City of Naperville*, 85 F.4th 1175, 1182 (7th Cir. 2023). This is untrue.

    In *Bridges*, the Sixth Circuit rejected a Second Amendment challenge to federal restrictions on "machinegun" possession as foreclosed by its own precedent. 2025 WL 2250109, at **4-5. Alternately, the court rejected the challenge under the two-step framework in *New York State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022). *Id.*

    *Bridges*'s alternate holding is fully consistent with *Bevis*: the court recognized a historical tradition of banning dangerous and unusual weapons; it rejected a test pursuant to which courts decide "whether weapons are 'unusual'" by "contrasting the number of that kind of weapon against the total number of firearms"; and it ultimately held that weapons "used to equip a modern-day,

500 South 2nd Street      115 South LaSalle Street      1745 Innovation Drive, Suite C
Springfield, Illinois 62701      Chicago, Illinois 60603      Carbondale, Illinois 62903
(217) 782-1090 • Fax: (217) 782-7046      (312) 814-3000 • Fax: (312) 814-3806      (618) 529-6400 • Fax: (618) 529-6416

Individuals with hearing or speech disabilities can reach us by using the 7-1-1 relay service.

www.IllinoisAttorneyGeneral.gov

militarized police force" are not weapons encompassed by "the Second Amendment's historical scope."  2025 WL 2250109, at **6-7; *see Bevis*, 85 F.4th at 1198-99, 1201.

To be sure, *Bridges* would have held that automatic weapons are within the plain text of the Second Amendment.  2025 WL 2250109, at *7.  But even if this were relevant to the restrictions on assault weapons and large-capacity magazines challenged here, methodological differences on discrete components of a complex analysis do not create a split in authority.  *See* Stephen G. Breyer, *Reflections on the Role of Appellate Courts:  A View from the Supreme Court*, 8 J. App. Prac. & Process 91, 96 (2006) (Court "not particularly interested in ironing out minor linguistic discrepancies among the lower courts because those discrepancies are not outcome determinative").  Thus, *Bridges* does not warrant reconsideration of *Bevis*.

Sincerely,

/s/ Megan L. Brown
SARAH A. HUNGER
Deputy Solicitor General

MEGAN L. BROWN
Assistant Attorney General
Illinois Attorney General
115 South LaSalle Street
Chicago, IL  60603
(224) 204-9642 (office)
(312) 415-6318 (cell)
Megan.Brown@ilag.gov

*Counsel for State Defendants-Appellants*

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing letter, submitted pursuant to Fed. R. App. P. 28(j), complies with the type-volume limitation set forth in that rule because the body of the letter contains 296 words. In preparing this certificate, I relied on the word count of the word processing system used to prepare the letter, which was Microsoft Word Version 2507.

/s/ Megan L. Brown
MEGAN L. BROWN
Assistant Attorney General
Illinois Attorney General
115 South LaSalle Street
Chicago, IL  60603
(224) 204-9642 (office)
(312) 415-6318 (cell)
Megan.Brown@ilag.gov

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on August 29, 2025, I electronically filed the foregoing Response to Fed. R. App. P. 28(j) Letter in *Barnett v. Raoul*, No. 24-3060; *Harrel v. Raoul*, No. 24-3061; *Langley v. Kelly*, No. 24-3062; and *Federal Firearms Licensees of Illinois v. Pritzker*, No. 24-3063, with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I certify that the other participants in this appeal, named below, are CM/ECF users and will be served by the CM/ECF system.

| | |
|---|---|
| Paul D. Clement<br>paul.clement@clementmurphy.com | Erin Murphy<br>erin.murphy@clementmurphy.com |
| Matthew Rowen<br>matthew.rowen@clementmurphy.com | Nicholas Albert Aquart<br>nicholas.aquart@clementmurphy.com |
| Andrew Arthur Lothson<br>alothson@smbtrials.com | David G. Sigale<br>dsigale@sigalelaw.com |
| David Thompson<br>dthompson@cooperkirk.com | Peter J. Maag<br>lawmaag@gmail.com |
| Thomas G. Maag<br>tmaag@maaglaw.com | Carl D. Michel<br>cmichel@michellawyers.com |
| Sean Anthony Brady<br>seanabrady@startmail.com | Jennifer Craigmile Neubauer<br>jcneubauer@shawlawltd.com |
| Mark L. Shaw<br>mlshaw@shawlawltd.com | Jennifer Loeb<br>jennifer.loeb@freshfields.com |
| Barry K. Arrington<br>barry@arringtonpc.com | Jonathon D. Byrer<br>jonathon.byrer@cookcountysao.org |
| Jeremy M. Feigenbaum<br>jeremy.feigenbaum@njoag.gov | Thomas A. Haine<br>tahaine@madisoncountyil.gov |
| Donald Kilmer Jr.<br>don@dklawoffice.com | Jason Manion<br>jason.manion2@usdoj.gov |
| Elizabeth Tisher<br>elizabeth.tisher@cityofchicago.org | Jordan Wilkow<br>jwilkow@tdrlawfirm.com |

/s/ Megan L. Brown

MEGAN L. BROWN  
Assistant Attorney General  
115 South LaSalle Street  
Chicago, Illinois 60603  
(224) 204-9642 (office)  
(312) 415-6318 (cell)  
Megan.Brown@ilag.gov