**U.S. Department of Justice**
Civil Rights Division

*Appellate Section*
*Ben Franklin Station*
*P.O. Box 14403*
*Washington, D.C. 20044-4403*

September 3, 2025

**VIA CM/ECF**

Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

    Re: *Caleb Barnett, et al. v. Kwame Raoul, et al.*, 24-3060, 24-3061, 24-3062, 24-3063 (7th Cir.)—Amicus Curiae

Dear Office of the Clerk:

    Undersigned attorney, Andrew G. Braniff, hereby enters his appearance for the United States as amicus curiae in this case. Jason Manion will remain counsel of record.

Andrew G. Braniff
Department of Justice
Civil Rights Division, Appellate Section
Ben Franklin Station
P.O. Box 14403
Washington, D.C. 20044-4403
(202) 532-3803
Andrew.Braniff@usdoj.gov

                        Sincerely,

                        <u>s/ Andrew G. Braniff</u>
                        Andrew G. Braniff
                        Acting Chief
                        Appellate Section
                        Civil Rights Division
                        Andrew.Braniff@usdoj.gov
                        (202) 532-3803

cc: Counsel of record (via CM/ECF)