IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

───────────────

Nos. 24-3060, 24-3061, 24-3062, 24-3063

CALEB BARNETT; BRIAN NORMAN; HOOD'S GUNS & MORE; PRO GUN AND INDOOR RANGE; NATIONAL SHOOTING SPORTS FOUNDATION, INC.

Plaintiffs-Appellees

v.

KWAME RAOUL, Attorney General of the State of Illinois; BRENDAN F. KELLY, Director of the Illinois State Police,

Defendants-Appellants

───────────────

ON APPEAL FROM THE UNITED STATES DISTRICT COURTFOR THE SOUTHERN DISTRICT OF ILLINOIS
Case Nos. 3:23-cv-209, 3:23-cv-141, 3:23-cv-192, 3:23-cv-215
The Honorable Judge Stephen P. McGlynn

───────────────

**UNOPPOSED MOTION OF THE UNITED STATES AS *AMICUS CURIAE* TO PARTICIPATE IN ORAL ARGUMENT**

───────────────

Pursuant to Federal Rules of Appellate Procedure 27 and 29(a)(8), the United States respectfully seeks permission to participate in oral argument of this appeal on five minutes of time ceded by plaintiffs-appellees. In support of this motion, the United States provides as follows:

1. On June 13, 2025, the United States filed its brief as *amicus curiae* supporting plaintiffs-appellees and affirmance pursuant to Federal Rule of Appellate Procedure 29(a)(2).

2. On June 30, 2025, this Court scheduled this case for oral argument on September 22, 2025.

3. This appeal concerns whether Illinois's Protect Illinois Communities Act, which prohibits so-called "assault weapons," can withstand scrutiny under the Second Amendment, which protects Americans' right to "keep and bear Arms." Because of the federal government's interest in "protect[ing] the Second Amendment rights of all Americans," Executive Order No. 14,206, *Protecting Second Amendment Rights*, 90 Fed. Reg. 9503 (Feb. 7, 2025), the United States filed a brief as *amicus curiae* supporting Plaintiffs-Appellees. The United States believes that its participation in oral argument will be helpful to the Court.

4. If the Court grants this motion, the Assistant Attorney General for the Civil Rights Division of the Department of Justice, Harmeet K. Dhillon, will present oral argument on behalf of the United States.

5. This Court's calendar currently indicates that the Court has allotted 45 minutes of argument time to defendants-appellants and 45 minutes to plaintiffs-appellees.

6. Counsel for plaintiffs-appellees consent to this motion and have agreed to cede five minutes of their oral argument time to the United States if this motion is granted. As a result, the United States' participation in oral argument will not affect the overall time allotted for this case.

7. Counsel for defendants-appellants does not oppose this motion.

## CONCLUSION

For the foregoing reasons, the United States respectfully requests leave to participate in oral argument with five minutes of time ceded by plaintiffs-appellees.

    Respectfully submitted,

    HARMEET K. DHILLON
     Assistant Attorney General

    JESUS A. OSETE
     Principal Deputy Assistant Attorney
     General

    s/ Andrew G. Braniff
    ANDREW G. BRANIFF
     Attorney
     Department of Justice
     Civil Rights Division
     Appellate Section
     Ben Franklin Station
     P.O. Box 14403
     Washington, D.C. 20044-4403
     (202) 532-3803

Date: September 3, 2025

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 313 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it was prepared in Times New Roman 14-point font using Microsoft Word for Microsoft 365.

                                              s/ Andrew G. Braniff
                                              ANDREW G. BRANIFF
                                                 Attorney

Date: September 3, 2025