# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 5, 2025

*By the Court:*

|  | CALEB BARNETT, et al., |
|---|---|
|  | Plaintiffs - Appellees |
| Nos. 24-3060, 24-3061, 24-3062, & 24-3063 | v. |
|  | KWAME RAOUL, et al., |
|  | Defendants - Appellants |
| **Originating Case Information:** | |
| District Court Nos: 3:23-cv-00209-SPM, 3:23-cv-00141-SPM, 3:23-cv-00192-SPM, & 3:23-cv-00215-SPM<br>Southern District of Illinois<br>District Judge Stephen P. McGlynn | |

Upon consideration of the **UNOPPOSED MOTION OF THE UNITED STATES AS *AMICUS CURIAE* TO PARTICIPATE IN ORAL ARGUMENT**, filed on September 3, 2025, by counsel for the United States,

**IT IS ORDERED** that the motion is **GRANTED**. The United States may participate in oral argument on behalf of the appellees. Pursuant to the appellees' agreement, the United States is allocated five minutes of appellees' oral argument time. The clerk of this court shall distribute a copy of this order to the assigned merits panel.

form name: **c7_Order_BTC**   (form ID: **178**)