

OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

KWAME RAOUL
ATTORNEY GENERAL

March 18, 2026

**VIA CM/ECF**
Mr. Christopher G. Conway
Clerk of the Court
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Room 2722
Chicago, Illinois 60604

Re: *Barnett v. Raoul*, Nos. 24-3060, 24-3061, 24-3062, 24-3063 (consol.)

Dear Mr. Conway,

Appellees cite *Benson v. United States*, No. 23-CF-0514, 2026 WL 628772 (D.C. Mar. 5, 2026), as supplemental authority. But *Benson*, a D.C. Court of Appeals decision that is not binding on this court, is an outlier that conflicts with every other appellate court to have addressed the issue in holding that LCM bans are inconsistent with the Second Amendment. *See* AT Br. 17; Defendants-Appellants' Rule 28(j) letter dated March 11, 2026.

Preliminarily, *Benson* cites *Bruen* to hold that LCMs are "arms" covered by the Second Amendment rather than "accoutrements" because they "facilitate armed self-defense." 2026 WL 628772, at *7. But *Bruen* does not hold that an item that facilitates the use of an "arm" is itself an "arm." Instead, *Bruen* states only that modern-day weapons are as entitled to constitutional protections as historical weapons. *See N.Y. State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1, 28 (2022).

Additionally, *Benson* holds that because LCMs are "in common and ubiquitous use," they cannot be constitutionally banned under the Second Amendment. 2026 WL 628772, at *9-10. But relying on the popularity of a weapon

500 South 2nd Street
Springfield, Illinois 62701
(217) 782-1090 • Fax: (217) 782-7046

115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-3000 • Fax: (312) 814-3806

1745 Innovation Drive, Suite C
Carbondale, Illinois 62903
(618) 529-6400 • Fax: (618) 529-6416

Individuals with hearing or speech disabilities can reach us by using the 7-1-1 relay service.

www.IllinoisAttorneyGeneral.gov

or accessory directly contradicts *Bevis v. Naperville*, which declared that argument "circular." 85 F.4th 1175, 1198 (7th Cir. 2023).

Finally, *Benson* concludes that regulations prohibiting LCMs are inconsistent with history and tradition because the District could not cite historical regulations banning arms that were as ubiquitous as LCMs, "much less a historical tradition of similar bans." 2026 WL 628772, at *13. But not only is that reasoning in tension with *United States v. Rahimi*, which endorsed a principle-based approach to the historical inquiry to prevent "a law trapped in amber," 602 U.S. 608, 691-92 (2024), but it also contradicts every other appellate court to have addressed the constitutionality of regulating LCMs, *see, e.g.*, *Duncan v. Bonta*, 133 F.4th 852, 876-77 (9th Cir. 2025); *Hanson v. District of Columbia*, 120 F.4th 223, 238-39 (D.C. Cir. 2024).

*Benson*, therefore, provides no reason to depart from this court's reasoning in *Bevis* and create a circuit split with the five circuits now on the other side.

Sincerely,

/s/ Megan L. Brown
SARAH A. HUNGER
Deputy Solicitor General

MEGAN L. BROWN
Assistant Attorney General
Illinois Attorney General
115 South LaSalle Street
Chicago, IL 60603
(224) 204-9642 (office)
(312) 415-6318 (cell)
Megan.Brown@ilag.gov

*Counsel for State Defendants-Appellants*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing letter, submitted pursuant to Fed. R. App. P. 28(j), complies with the type-volume limitation set forth in that rule because the body of the letter contains 344 words.  In preparing this certificate, I relied on the word count of the word processing system used to prepare the letter, which was Microsoft Word Version 2507.

/s/ Megan L. Brown
MEGAN L. BROWN
Assistant Attorney General
Illinois Attorney General
115 South LaSalle Street
Chicago, IL  60603
(224) 204-9642 (office)
(312) 415-6318 (cell)
Megan.Brown@ilag.gov

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on March 18, 2026, I electronically filed the foregoing Response to Fed. R. App. P. 28(j) Letter in *Barnett v. Raoul*, No. 24-3060; *Harrel v. Raoul*, No. 24-3061; *Langley v. Kelly*, No. 24-3062; and *Federal Firearms Licensees of Illinois v. Pritzker*, No. 24-3063, with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I certify that the other participants in this appeal, named below, are CM/ECF users and will be served by the CM/ECF system.

Paul D. Clement
paul.clement@clementmurphy.com

Erin Murphy
erin.murphy@clementmurphy.com

Matthew Rowen
matthew.rowen@clementmurphy.com

Nicholas Albert Aquart
nicholas.aquart@clementmurphy.com

Andrew Arthur Lothson
alothson@smbtrials.com

David G. Sigale
dsigale@sigalelaw.com

David Thompson
dthompson@cooperkirk.com

Peter J. Maag
lawmaag@gmail.com

Thomas G. Maag
tmaag@maaglaw.com

Carl D. Michel
cmichel@michellawyers.com

Sean Anthony Brady
seanabrady@startmail.com

Jennifer Craigmile Neubauer
jcneubauer@shawlawltd.com

Mark L. Shaw
mlshaw@shawlawltd.com

Jennifer Loeb
jennifer.loeb@freshfields.com

Barry K. Arrington
barry@arringtonpc.com

Jonathon D. Byrer
jonathon.byrer@cookcountysao.org

Jeremy M. Feigenbaum
jeremy.feigenbaum@njoag.gov

Thomas A. Haine
tahaine@madisoncountyil.gov

Donald Kilmer Jr.
don@dklawoffice.com

Jason Manion
jason.manion2@usdoj.gov

Elizabeth Tisher
elizabeth.tisher@cityofchicago.org

Jordan Wilkow
jwilkow@tdrlawfirm.com

/s/ Megan L. Brown

MEGAN L. BROWN
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(224) 204-9642 (office)
(312) 415-6318 (cell)
Megan.Brown@ilag.gov