# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## FINAL JUDGMENT

July 9, 2026

Before

**MICHAEL B. BRENNAN**, *Chief Judge*

**FRANK H. EASTERBROOK**, *Circuit Judge*

**AMY J. ST. EVE**, *Circuit Judge*

| | |
|---|---|
| Nos. 24-3060, 24-3061, 24-3062 & 24-3063 | CALEB BARNETT, et al., <br>     Plaintiffs - Appellees <br><br> v. <br><br> KWAME RAOUL, Attorney General of the State of Illinois, et al., <br>     Defendants - Appellants |

**Originating Case Information:**

District Court No: 3:23-cv-00209-SPM, 3:23-cv-00141-SPM, 3:23-cv-00192-SPM & 3:23-cv-00215-SPM
Southern District of Illinois
District Judge Stephen P. McGlynn

We **REVERSE** the judgments of the district court, with costs, and we **REMAND** the cases with directions to enter judgments for the defendants, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)