# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

July 31, 2026

To: Monica A. Stump
UNITED STATES DISTRICT COURT
Southern District of Illinois
East St. Louis, IL 62201-0000

|  |  |
|---|---|
| No. 24-3060 | CALEB BARNETT, et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>KWAME RAOUL and BRENDAN F. KELLY,<br> Defendants - Appellants |
| No. 24-3061 | DANE HARREL, et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>KWAME RAOUL and BRENDAN F. KELLY,<br> Defendants - Appellants |
| No. 24-3062 | JEREMY W. LANGLEY, et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>BRENDAN F. KELLY,<br> Defendant - Appellant |
| No. 24-3063 | FEDERAL FIREARMS LICENSEES OF ILLINOIS, et al.,<br> Plaintiffs - Appellees<br><br>v. |

|  | JAY ROBERT PRITZKER, et al.,<br>Defendants - Appellants |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:23-cv-00209-SPM<br>Southern District of Illinois<br>District Judge Stephen P. McGlynn | |
| **Originating Case Information:** | |
| District Court No: 3:23-cv-00141-SPM<br>Southern District of Illinois | |
| **Originating Case Information:** | |
| District Court No: 3:23-cv-00192-SPM<br>Southern District of Illinois | |
| **Originating Case Information:** | |
| District Court No: 3:23-cv-00215-SPM<br>Southern District of Illinois | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                    No record to be returned

form name: **c7_Mandate**    (form ID: **135**)